UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOSEPH TRICARICO,

        Plaintiff,

    - against -

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
------------------------------------------------------------X

**JUDGMENT**
14-cv-2415 (RRM)

    A Memorandum and Order of the undersigned having been filed this day denying plaintiff's motion for summary judgment and granting defendant's motion for summary judgment, and directing the Clerk of Court to enter judgment accordingly and close this case, it is hereby

    ORDERED, ADJUDGED AND DECREED that plaintiff takes nothing of defendant, and the case is closed.

Dated: Brooklyn, New York
       September 28, 2015

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge